# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Joel C. Siegal

FOR: _____ AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Joel C. Siegal

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
Perjury

FILED 6-4-08  JUN 04 2008  United States District Court

DOCKET NUMBERS
Magistrate: _____
District Court: 08 CR 456
Court of Appeals: 08 CR 456

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: Allison Search, Schaumburg, IL (temporary work)
IF YES, how much do you earn per month? $ 17/hr
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 1800
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $64k/yr  SOURCES: Learning Resources, Inc. (7 yrs until 2/1/08)

**CASH**
Have you any cash on hand or money in savings or checking account? ☒ Yes  ☐ No  IF YES, state total amount $ 10,000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 150,000 / 500,000

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED  ☐ SINGLE  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 8
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Utilities | | $ | $ 100 |
| Credit Card | Visa, Mastercard | $ 11,000 | $ 200-500 |
| Comcast | | $ | $ 190 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 6/4/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Joel C. Siegal