# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 456 - 1 | **DATE** | 6/12/2008 |
| **CASE TITLE** | United States of America vs. Joel Siegel | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives detention hearing at this time. Government's motion for detention is granted. The Court orders the defendant to be detained without prejudice to the defendant moving for pretrial release at a later time. Defendant is to be detained and removed forthwith to the United States District Court - District of Vermont.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|