**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Mrs P. Wask*  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Richard P Wasko   6-19-08

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

1. Article Addressed to:

District of Vermont
P.O. Box 945
Burlington, VT 05402

☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0001 9746 9247

(08 CR 456)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**FILED**

JUN 2 4 2008  TC
JUN 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Northern District of Illinois
Clerk's Office
219 S. Dearborn
Chicago, IL 60604

**RECEIVED**
JUN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT